Cathryn Vander Linden
9168 Santa Barbara Dr
Riverside CA 92508
909-499-8326

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION (Riverside)

FEE PAID

| | |
|---|---|
| SOCAL WATER BABIES, LLC | |
| Plaintiff, | EDCV23-00147-SSS(SHKx) |
| V. | Civil Action No. _____ |
| Waterbabies USA, LLC | |
| Defendant, | |

**PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT AND RELIEF PURSUANT TO 15 U.S.C. § 1125**

Plaintiff SoCal Water Babies, LLC ("SoCal" or "Plaintiff") files this complaint for declaratory judgment against the Defendant Waterbabies USA, LLC WASHINGTON ("Waterbabies" or "Defendant").

**NATURE OF THE ACTION**

1. Plaintiff SoCal Water Babies Incorporated seeks declaratory judgment of noninfringement of alleged trademark and trade dress asserted against plaintiff by defendant Waterbabies, LLC. SoCal further seeks declaratory judgment that any alleged trademark or trade dress rights asserted by Waterbaby are invalid and unenforceable.

2. Waterbabies has asserted that SoCal is infringing on Waterbabies alleged trademarks and trade dress rights by teaching swimming lessons under the business name "SoCal Water Babies". SoCal denies that it has infringed any copyrights owned by Waterbabies regarding the use of business name and swim lesson syllabus. SoCal denies that it has infringed on any trademarks or trade dress owned by Waterbabies relating to replication of waterbabies trademarked wordmark.

PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT
AND RELIEF PURSUANT TO 15 U.S.C. § 1125

Page 1

3. SoCal Water Babies is a California Corporation organized and existing under the laws of the State of California with its principal place of business located in Riverside, California.

4. Upon information and belief, Waterbabies is a limited liability company organized under the laws of the State of Washington and is registered to do business in the state of Washington with a principal place of business located at 17110 116th Avenue SE, Suite D, Renton, Washington 98058.

5. Waterbabies also has a designated agent for service of process licensed in the states of California, Arizona and Oregon - Jesse London ("London"). London has an address in Eugene Oregon 66 Club road. Suite 200 Eugene, Oregon 97401

## JURISDICTION AND VENUE

6. This is an action for declaratory judgment arising under (i) the Trademark Laws of the United States, 15 USC § 1051 et seq. (the "Trademark Act"); (ii) 15 U.S.C. §1125, et seq. (the "Lanham Act"); and (iv) 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). Thus, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

7. Defendant Waterbabies is subject to the personal jurisdiction of this court because the defendant's false assertions of infringement of alleged trademarks and trade dress were directed to the plaintiff in the State of California, Thus, this court has both general and specific personal jurisdiction over Waterbabies.

8. Venue of this action is proper in the Central District of California under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff claim have occurred and will continue to occur in the Central District of California.

## FACTUAL BACKGROUND

9. Plaintiff reavers and restates the foregoing paragraphs 1 through 8 inclusively as is if fully set forth herein.

PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT
AND RELIEF PURSUANT TO 15 U.S.C. § 1125

10. Plaintiff SoCal and Defendant Waterbabies teach different swimming lesson syllabus. Both Plaintiff and Defendant conduct all lesson instruction on an in-person basis.

11. Plaintiff SoCal is a California Limited Liability Company located in the Inland Empire, specifically the Riverside and Redlands areas. SoCal teaches a specific swim syllabus to children ages 5-years and younger only. Plaintiff is an in-home swim school teaching at three residential locations in the Inland Empire region of Southern California. Plaintiff teaches a specific swim syllabus with intellectual property licensed by Infant Aquatics, LLC. Instructors at SoCal have been trained, certified, and have been granted license to use the intellectual property of Infant Aquatics, LLC, Longmont, Colorado.

12. Defendant holds itself as a multi-facility commercial swim school conducting swimming lessons in Washington State for children as young as 3-months to adults of all ages.

13. Plaintiff and Defendant do not provide in-person lessons in the same market and are therefore not competitors. Furthermore, Plaintiff and Defendant's most relevant proximity for in-person lesson delivery is more than 1,195 miles apart.

14. Plaintiff conducts no online sales of lesson syllabus or instruction.

15. Plaintiff has been using the business name "SoCal Water Babies" since 2007 and has owned and operated a live and continuously active website since 2009.

16. Defendant registered the Trademark "WATERBABIES" in 2014 and contends to have used the name since 1997.

17. Defendants registered image is in no way similar to the logo design used by Plaintiff. Furthermore, Plaintiffs business name is descriptive of location and services. Plaintiff only works with babies physically in the water and they are located in Southern California.

## DEFENDANT'S ACTS COMPRISING ACTUAL CONTROVERSY

18. Plaintiff reavers and restates the foregoing paragraphs 1 through 16 inclusively as if fully set forth herein.

PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT
AND RELIEF PURSUANT TO 15 U.S.C. § 1125

19. On December 30th 2022, Defendant sent Plaintiff a registered letter to cease and desist using the business name SoCal Water Babies. Defendant asserted that Plaintiff is infringing on alleged wordmarks.

20. On January 6th, 2022, Plaintiff replied by registered letter that there is no infringement and contested the validity of the registered wordmark.

21. On January 25, 2023, Defendant sent a letter to Plaintiff threatening a lawsuit if Plaintiff does not cease and desist the use of the business name SoCal Water Babies stating " if your company will not stop using the trademark, my client has no other option by go forward on litigation to stop the infringing use."

22. There presently exists a justiciable controversy regarding the Plaintiff's right to use the name SoCal Water Babies Water Babies free of any allegations by Waterbabies LLC that such constitutes an infringement of any word mark, trademark or trade dress rights allegedly owned by Waterbabies LLC

## FIRST CLAIM FOR RELIEF

(Unenforceability of Trademark - Word Mark)

23. Plaintiff reavers and restates the foregoing paragraphs one through 21 inclusively as a fully set forth herein.

24. This is a declaratory judgment action under the Trademark Laws of the United States, 15 USC § 1051 et seq. (the "Trademark Act"), and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). As an actual justiciable controversy exists by way of the credible threat of immediate litigation and demand to cease and desist use Plaintiff's business name and forbearance of usage of other similar names, Plaintiff seeks relief from this Court
Plaintiff requests an order declaring that the Defendant's alleged trademark for WATERBABIES, which was asserted by the Defendant, lacks the requisite legal requirements to be protectable on the Principal Register and to be enforceable partially on the basis that the term is merely descriptive of

identified services (Survival Swim Dev. Network, Inc. v. J. Barnett Holdings, LLC, No. 92061915 (T.T.A.B. Dec. 12, 2017).

## SECOND CLAIM FOR RELIEF

(Non-Infringement of Trademarks and Trade Dress)

25. Plaintiff reavers and restates the foregoing paragraphs one through 21 inclusively as if fully set forth herein.

26. This is a declaratory judgment action under the Trademark Laws of the United States, 15 USC § 1051 et seq., the Lanham Act, 15 U.S.C. §1125, et seq. and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. As an actual justiciable controversy exists by way of the credible threat of immediate litigation and demand to cease and desist use of the Plaintiff's business name and forbearance of other similar names, Plaintiff seeks relief from this Court.

27. Plaintiff is entitled to declaratory judgment that it is not infringing, has not infringed, and is not liable for infringing any allegedly enforceable trademark or trade dress rights owned by Defendant relating the word "WATERBABIES" having intrinsic value, either directly or by inducing others to infringe or by contributing to infringement by others.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff seeks judgment awarding it the following relief:

a. An order declaring WATERBABIES alleged trademark for WATERBABIES lacks the requisite legal requirements to be protectable on the Principal Register and to be enforceable;

b. An order declaring that SoCal Water Babies, Inc has not infringed any valid, distinctive and enforceable trademark or trade dress rights owned by Waterbabies relating to the use of the word waterbabies (water babies) having intrinsic value;

c. An order awarding attorneys' fees, costs, and expenses incurred in connection with this action to Provident; and

d. An order awarding such other and further relief as this Court deems just and proper.

PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT
AND RELIEF PURSUANT TO 15 U.S.C. § 1125

Dated: January 27, 2023

Respectfully submitted,

SoCal Water Babies

By: _____
Cathryn Van Der Linden

info@socalwaterbabies.com

9168 Santa Barbara Dr

Riverside CA 92508

909-499-8326