JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-00147-SSS-SHKx | Date | June 5, 2023 |
|---|---|---|---|
| Title | SoCal Water Babies, LLC, et al. v. Waterbabies USA, LLC | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On March 2, 2023, the Court granted Plaintiffs' Request to Withdraw Proof of Service and to Extend Time for Service of Process [Dkt. 11].  Pursuant to the Court's Order, Plaintiffs were given until May 1, 2023 to effectuate service of process on Defendant Waterbabies USA, LLC.

On May 10, 2023, the Court issued an order directing Plaintiffs to show cause, in writing, on or before 12:00 noon on May 31, 2023, why this action should not be dismissed for lack of prosecution [Dkt. 12].  As of today's date, Plaintiffs have not responded.  Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**